

**SO ORDERED.**

Dated: October 26, 2009

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-18444/1127078436

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:06-bk-01363-CGC |
| Gary D. Ranney | Chapter 7 |
| Debtors. | O R D E R |
| Wells Fargo Bank, N.A. | (Related to Docket #80) |
| Movant, | |
| vs. | |
| Gary D. Ranney, Debtors; Maureen Gaughan, Trustee. | |
| Respondents. | |

This matter having come before the Court for a Preliminary Hearing on October 1, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Harold E. Campbell, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated September 19, 2005, and recorded on September

19, 2005, in the office of the Maricopa County Recorder at 20051378173 wherein Wells Fargo Bank, N.A. is the current beneficiary and Gary D. Ranney have an interest in, further described as:

    Lot 16, PARCEL D. NORTH AT SUNRIDGE CANYON, according to Book 434, of Maps, Page 50, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

                                          _____

                                        JUDGE OF THE U.S. BANKRUPTCY COURT